# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2016

### NO. 03-15-00713-CV

**Brian DeRoeck, Melinda Young, and Kathryn Boykin, as co-trustees of the
Walter A. DeRoeck QTIP Trust, Assignee of Texas Capital Bank National Association,
Appellants**

**v.**

**DHM Ventures, LLC; James W. Moritz; and Nathan W. Halsey, Appellees**

---

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on August 24, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.